830 A.2d 497

IN THE MATTER OF JOHN F. RODGERS, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 255901970).

September 5, 2003.

ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 03–082, concluding that **JOHN F. RODGERS,
JR.**, of **LINDENWOLD**, who was admitted to the bar of this State
in 1970, should be suspended from the practice of law for a period
of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3
(lack of diligence), *RPC* 1.4(a) (failure to communicate with client)
and *RPC* 1.15(b) (failure to promptly deliver funds or property to
a client or third person);

And the Disciplinary Review Board having further concluded
that on reinstatement to the practice of law, respondent be
required to practice under the supervision of a practicing attorney
approved by the Office of Attorney Ethics for a period of one year;

And good cause appearing;

It is ORDERED that **JOHN F. RODGERS, JR.**, is suspended
from the practice of law for a period of three months and until the
further Order of the Court, effective October 4, 2003; and it is
further

ORDERED that on reinstatement to the practice of law, re-
spondent shall practice under the supervision of a practicing
attorney approved by the Office of Attorney Ethics for a period of
one year, and until the further Order of the Court; and it is
further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20.